UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY LUNA                                                    CIVIL ACTION

VERSUS                                                         NUMBER: 10-3641

JUDGE OF THE LOUISIANA FIFTH                                   SECTION: "I"(5)
CIRCUIT COURT OF APPEALS,
SUSAN CHEHARDY; ET AL.

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the and the objection by plaintiff, Johnny Luna, which is hereby **OVERRULED**, approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's claims are dismissed with prejudice pursuant to 28 U.S.C. §§1915A(e)(1)(B) and §1915A(b) and 42 U.S.C. §1997e(c)(1).

New Orleans, Louisiana, this 17th day of November, 2010.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE